UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>Howard Youngblood )<br>)<br>Defendant. ) | Case No. 13-00273-08-CR-W-DGK |

**RELEASE ORDER**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of March 26, 2015, it is hereby ORDERED that Howard Youngblood, be released from custody of the U.S. Marshals Service upon arrangements with the U.S. Probation Office.

/s/ Greg Kays
―――――――――――――――――
GREG KAYS
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 27th day of March, 2015.